**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIKE, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>SKR STORE, et al.,<br><br>             Defendants. | Case No. 20-cv-02615<br><br>**Judge Sara L. Ellis**<br><br>**Magistrate Judge Sidney I. Schenkier** |

**<u>NOTICE OF DISMISSAL UNDER RULE 41(a)(1)</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Plaintiff Nike, Inc.

("Nike" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| dingshen | 26 |
| shunbor | 110 |

Dated this 10th day of July 2020.          Respectfully submitted,

<div style="margin-left:40%">

/s/ Amy C. Ziegler
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Nike, Inc.*

</div>